# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Sapria McFadden, Plaintiff

v.

Ford Motor Company;
Sedgwick Claims Management Services;
United Auto Workers

Defendants.

Case: 2:26-cv-10919
Assigned To : Hood, Denise Page
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 3/19/2026
CMP McFadden v. Ford Motor Company, et al

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Plaintiff brings this action for unlawful withholding of wages, disability benefits, and profit-sharing funds.

Plaintiff is a current employee of Ford Motor Company and has been on medical leave due to serious health conditions.

This Court has jurisdiction pursuant to the Employee Retirement Income Security Act (ERISA), 29 U.S.C. §1001 et seq.

STATEMENT OF FACTS

1. Plaintiff experienced workplace incidents involving harassment, bullying, racism, and discrimination that resulted in medical distress.
2. Plaintiff was placed on medical leave and began receiving disability benefits administered by Sedgwick Claims Management Services.
3. Plaintiff was initially scheduled to return to work on October 8, 2024 with medical restrictions.
4. Ford Motor Company extended the return date to October 16, 2024 while determining whether restrictions could be accommodated.
5. Plaintiff was notified that the restrictions could not be accommodated and was placed in a status of "No Work Available."
6. Plaintiff remained off work until medical restrictions were lifted.
7. Plaintiff returned to work on or around February 21, 2025.
8. Within approximately one week of returning to work, Defendants began deducting approximately $185 from Plaintiff's wages.
9. Plaintiff was not provided a court order, judgment, or lawful garnishment authorizing the deductions.
10. Plaintiff repeatedly requested documentation explaining the alleged overpayment.
11. Defendants failed to provide sufficient documentation.
12. Plaintiff requested an appeal and submitted the required documentation.
13. Plaintiff later learned the appeals were handled internally by Sedgwick and Ford rather than an independent reviewer.
14. Plaintiff sought assistance from union representatives but received no meaningful representation.
15. Plaintiff never signed any written reimbursement agreement authorizing Defendants to recover alleged overpayments through wage seizure or confiscation of profit-sharing benefits.

CLAIMS FOR RELIEF

ERISA Violation – Defendants wrongfully withheld benefits and wages belonging to Plaintiff.

Unlawful Wage Withholding – Defendants seized Plaintiff's wages without lawful authority.

Failure of Fair Representation – The union failed to adequately represent Plaintiff regarding the dispute.

RELIEF REQUESTED

Plaintiff respectfully requests that the Court:
1. Order Defendants to return all wrongfully withheld wages and profit-sharing funds.
2. Award compensatory damages of $25,000.
3. Award costs and other relief the Court finds appropriate.

JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.


Sapria McFadden
2980 Roundtree BLVD, Ypsilanti, MI 48197
734-219-1437